# UNITED STATES DISTRICT COURT

### Southern District of California

Manuel Tamayo Torres Jr.
        Plaintiff,

v.                Case No.: 3:08–cv–00761–BEN–NLS
                Judge  Roger T. Benitez

Mike Evans, et al.
        Defendant.

### JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiffs claims against Defendants Ryan and Stevenson are dismissed sua sponte and without leave to amend for failing to state a claim upon which § 1983 relief can be granted. The remainder of the action is dismissed without prejudice for failure to pre pay the $350 filing fee and for lack of proper venue.

                          W. Samuel Hamrick, Jr.,
                              Clerk of the Court

Date: 5/12/08

                          By: s/ J. Hathaway, Deputy Clerk

                          ENTERED ON: May 12, 2008