# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

**FILED**

2008 MAY 14 PM 12:12

*Clerk's Office File Stamp*

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Benitez

FROM: R. Mullin, Deputy Clerk     RECEIVED DATE: 5/12/08

CASE NO.: 08cv761 BEN (NLS)   DOCUMENT FILED BY: Plaintiff

CASE TITLE: Torres v. Evans, et al.

DOCUMENT ENTITLED: Complaint–adding Defendants

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☑ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☑ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Case termed per 5/2/08 Order (attached). Copy [Doc. No. 3] |

Date forwarded: 5/13/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Benitez

Dated: 5/13/08     By: KMB, PSLC

cc: All Parties

add on to #17 defendants payed for!

(Name) Manuel Tamayo Torres Jr.

(Address) Po box 1050

(City, State, Zip) Soledad, Ca 93960

(CDC Inmate No.) V12118



# United States District Court
## Southern District of California

Manuel Tamayo Torres Jr.,                       )
(Enter full name of plaintiff in this action.)  )
                                                )
                        Plaintiff,              )   Civil Case No. 08-0761-BEN(NLS)
                                                )   (To be supplied by Court Clerk)
v.                                              )
                                                )
                                                )
                             ,                  )   Complaint Under the
                             ,                  )   Civil Rights Act
                             ,                  )   42 U.S.C. § 1983
Mike Evans (CDW)             ,                  )
(Enter full name of each defendant in this action.) )
                        Defendant(s).           )
                                                )

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Manuel Tamayo Torres JR #V12118, who presently resides at Salinas Valley State Prison, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Pleasant V.S.P. Salinas V.S.P. on (dates) 12/7/04, 3/7/08 (Count 1), 3/12/08 (Count 2), and 4/9/08 (Count 3).

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)
New defendants add on to civil suit mailed 4-27-08 - 5-2-08 #6 more missed.

§ 1983 SD Form
(Rev. 5/98)                                                              ::ODMA\PCDOCS\WORDPERFECT\22834\1